B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gray, Samuel Roland** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Gray, Tanya May** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Sam Gray; DBA Dale's Auto Care** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Tanya May Harris; AKA Tanya May Witt; AKA Tanya May Krueger; AKA Tanya May Durrant** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8242** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5999** |
| Street Address of Debtor (No. and Street, City, and State):<br>**716 W Sunwood Ct**<br>**Kuna, ID**<br><div align="right">ZIP Code **83634**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**716 W Sunwood Ct**<br>**Kuna, ID**<br><div align="right">ZIP Code **83634**</div> |
| County of Residence or of the Principal Place of Business:<br>**Ada** | County of Residence or of the Principal Place of Business:<br>**Ada** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interest:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gray, Samuel Roland**<br>**Gray, Tanya May** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X**  **/s/ Sarah B. Bratton**                          **June 26, 2014**
Signature of Attorney for Debtor(s)                 (Date)
    **Sarah B. Bratton 7771**

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gray, Samuel Roland**<br>**Gray, Tanya May** |

<div align="center"><b>Signatures</b></div>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Samuel Roland Gray**

Signature of Debtor **Samuel Roland Gray**

X **/s/ Tanya May Gray**

Signature of Joint Debtor **Tanya May Gray**

Telephone Number (If not represented by attorney)

**June 26, 2014**

Date

### Signature of Attorney*

X **/s/ Sarah B. Bratton**

Signature of Attorney for Debtor(s)

**Sarah B. Bratton 7771**

Printed Name of Attorney for Debtor(s)

**Martelle, Bratton & Associates, P.A.**

Firm Name

**873 East State Street**
**Eagle, ID 83616**

Address

Email: sarah@martellelaw.com
**(208) 938-8500  Fax: (208) 938-8503**

Telephone Number

**June 26, 2014**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Idaho

In re  **Samuel Roland Gray**
    **Tanya May Gray**

                                          Debtor(s)

Case No.
Chapter  **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Samuel Roland Gray**
                                    **Samuel Roland Gray**

Date:    **June 26, 2014**

Certificate Number: 00134-ID-CC-023614788



00134-ID-CC-023614788

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 13, 2014</u>, at <u>2:28</u> o'clock <u>PM MDT</u>, <u>Sam R. Gray</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Idaho</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:    <u>June 13, 2014</u>            By:      <u>/s/Yericiel Grullon</u>

Name:    <u>Yericiel Grullon</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Idaho

In re **Samuel Roland Gray**
**Tanya May Gray**

Debtor(s)

Case No. _____

Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Tanya May Gray**
                           **Tanya May Gray**

Date:   **June 26, 2014**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Certificate Number: 00134-ID-CC-023614790



00134-ID-CC-023614790

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 13, 2014</u>, at <u>2:28</u> o'clock <u>PM MDT</u>, <u>Tanya M. Gray</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Idaho</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>June 13, 2014</u>                   By:    <u>/s/Yericiel Grullon</u>

Name:  <u>Yericiel Grullon</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## District of Idaho

In re  **Samuel Roland Gray,**                              Case No. _____
        **Tanya May Gray**
                                            ,              Chapter_____**13**_____
                                    Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 133,000.00 | | |
| B - Personal Property | Yes | 6 | 23,548.73 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 172,902.93 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,851.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 140,133.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,942.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,242.00 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 156,548.73 | | |
| Total Liabilities | | | | 316,887.09 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## District of Idaho

In re    **Samuel Roland Gray,**
     **Tanya May Gray**

                                                  **Debtors**

Case No. _____

Chapter _____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,851.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 35,461.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 39,312.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,942.00 |
| Average Expenses (from Schedule J, Line 22) | 3,242.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 42,313.70 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 34,548.93 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 3,851.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 140,133.16 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 174,682.09 |

B6A (Official Form 6A) (12/07)

.

In re    **Samuel Roland Gray,**                                          Case No. _____
         **Tanya May Gray**
                                                                ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence Location: 716 W Sunwood Ct, Kuna ID 83634**<br>**1418 Sq Ft Home - 4 Bedroom - 2 Bathroom -**<br>**Attached 3 Car Garage - .24 Acres**<br>**Tax Parcel No.:  R6214370160**<br>**Basis for Valuation:  2007 Appraisal** | **Fee Simple** | H | 133,000.00 | 148,627.00 |

| | | |
|---|---|---|
| Sub-Total > | **133,000.00** | (Total of this page) |
| Total > | **133,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Samuel Roland Gray,**                                          Case No. _____
         **Tanya May Gray**
                                                                    ,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Disposable Income on Hand at Time of Filing** | **C** | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Business Operating Acct. # ***9797 Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **H** | 2,014.14 |
| | | **Bank Business Payroll Acct. # ***9813 Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **H** | 100.00 |
| | | **Bank Personal Checking Acct. # ***9644 Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **C** | 86.59 |
| | | **Bank Personal Savings Acct. # ***0645 Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **C** | 13.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Inventory - See Attached List** | **C** | 5,670.00 |
| | | **Satellite Dish** | **C** | 100.00 |
| | | **Game Table** | **C** | 100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous Books, Etc.** | **C** | 100.00 |
| | | **Miscellaneous Pictures** | **C** | 150.00 |
| 6. Wearing apparel. | | **Clothing, Shoes, Accessories, Etc.** | **C** | 500.00 |
| 7. Furs and jewelry. | | **Wedding Rings and Miscellaneous Jewelry, Etc.** | **C** | 3,250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearm(s) - 30-30 and .22** | **C** | 250.00 |
| | | **Ammunition and/or Firearm Accessories, Etc.** | **C** | 40.00 |

                                                        Sub-Total >          **12,573.73**
                                                    (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Samuel Roland Gray,**                                          Case No. _____
         **Tanya May Gray**
                                                    ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bicycle** | **C** | 20.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life - American General Life Insurance Policy No.: ***4428 Face Value $250,000** | **H** | 605.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Child Support in Arrears - John Krueger $4,400.00** | **W** | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **625.00** |
| (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Samuel Roland Gray,**            Case No. _____
       **Tanya May Gray**
                                                    ,
                            Debtors
## SCHEDULE B - PERSONAL PROPERTY
                        (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Truck - 1989 Chevy 3500 4x4 (Vehicle Also Titled in Ex-Spouse's Name) Automatic - 2 Door - Ext Cab - Poor Condition - Mileage 290,000 VIN: 2GCGK39N4K1118861 Basis for Valuation: KBB** | H | 750.00 |
| | | **Truck - 1999 GMC Yukon Automatic - 4 Door - 1/2 Ton - Poor Condition - Mileage 168,457 VIN: 1GKEK13R9XJ756175 Basis for Valuation: KBB** | C | 2,500.00 |
| | | **Truck - 1993 Ford Ranger (Vehicle Belongs to Adult Son Who is Still Attending High School) Standard - 2 Door - Short Bed - Standard Cab - Poor Condition - Mileage 143,000 VIN: 1FTCR10A9PUB98002 Basis for Valuation: KBB** | C | 1,500.00 |

Sub-Total >        4,750.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Samuel Roland Gray,**    Case No. _____
         **Tanya May Gray**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Other Vehicles - Two (2) 2011 Yamaha YZ450F VIN: ***012208 & VIN: ***013154 Basis for Valuation: KBB** | **H** | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Vehicle Hoist, Passthrough** | **H** | **2,400.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Food Provisions** | **C** | **200.00** |

| | |
|---|---|
| Sub-Total > | **5,600.00** |
| (Total of this page) | |
| Total > | **23,548.73** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# YOUR HOUSEHOLD INVENTORY

Please check the items below that you currently have in your home and state quantity of each item.  Then, provide the **YARD SALE VALUE** of each item – <u>NOT</u> the replacement cost.

| | Item | QTY | "Yard Sale" Value | | Item | QTY | "Yard Sale" Value |
|---|---|---|---|---|---|---|---|
| ☑ | Stove/Cooking Unit(s) | 1 | $ 150.00 | ☐ | Painting(s)/Art | | $ |
| ☑ | Refrigerator(s) | 1 | $ 200.00 | | Describe item(s): | | |
| ☑ | Freezer(s) | 1 | $ 100.00 | | | | |
| ☑ | Washer/Dryer | 1 | $ 350.00 | ☒ | Carpenter Tools | | $ 200.00 |
| ☑ | Microwave(s) | 1 | $ 75.00 | | Describe item(s): | | |
| ☑ | Dishwasher(s) | 1 | $ 75.00 | | | | |
| ☐ | Small Kitchen Appliances | | $ | ☒ | Mechanics/Power Tools | | $ 50.00 |
| ☑ | Silverware/Flatware | 1 | $ 20.00 | | Describe item(s): | | |
| ☑ | Cookware (Pots/Pans) | 15 | $ 30.00 | | | | |
| ☑ | Living Room Furniture | 3 | $ 675.00 | ☐ | Guns and Firearms | | $ |
| ☑ | Dining Room Furniture | 1 | $ 300.00 | | Describe item(s): | | |
| ☐ | Tables and Chairs | | $ | | | | |
| ☑ | Entertainment Center(s) | 1 | $ 75.00 | ☒ | Lawnmower | 1 | $ 60.00 |
| ☑ | Television(s) | 1 | $ 150.00 | ☐ | Yard/Garden Tools | | $ |
| ☑ | VCR/DVD/Blu-ray Player(s) | 1 | $ 30.00 | ☐ | Swimming Pool | | $ |
| ☑ | VHS/DVD(s)/Blu-ray(s) | 1 | $ 50.00 | ☐ | Hot Tub | | $ |
| ☐ | Compact Disks/Records | | $ | ☐ | Patio Furniture | 1 | $ 150.00 |
| ☐ | Gaming System(s) | | $ | ☒ | Portable Heater(s) | 1 | $ 20.00 |
| ☑ | Stereo Equipment | 1 | $ 300.00 | ☒ | BBQ Grill(s) | 1 | $ 100.00 |
| | Describe item(s): | | | ☐ | Boat(s) | | $ |
| | | | | | Describe item(s): | | |
| ☒ | Bedroom Furniture | 1 | $ 600.00 | | | | |
| ☒ | Dressers/Nightstands | 4 | $ 750.00 | ☐ | Trailer(s) | | $ |
| ☒ | Lamps and Accessories | 2 | $ 50.00 | | Describe item(s): | | |
| ☒ | Wedding Ring(s) | 2 | $ 3250.00 | | | | |
| ☐ | Other Jewelry/Watch(es) | | $ | ☐ | Camper(s) | | $ |
| | Describe item(s): | | | | Describe item(s): | | |
| | | | | | | | |
| ☐ | Furs | | $ | ☒ | Cell Phone(s) | $4 | $ 375.00 |
| ☒ | Computer(s) | 2 | $ 300.00 | | | | |
| ☐ | Computer Printer(s) | | $ | | **OTHER ASSETS** | | |
| ☑ | Desk(s)/Office Furniture | 1 | $ 50.00 | ☐ | Rent deposit with landlord | | $ |
| ☐ | Other Computer Equip. | | $ | | Name of Landlord | | |
| | Describe item(s): | | | | Address | | |
| | | | | | City, State, Zip | | |
| ☐ | Photography Equipment | | $ | ☐ | Government Bond(s) | | $ |
| ☒ | Satellite Dish(es) | | $ 100.00 | ☐ | Certificate(s) of Deposit | | $ |
| | All Clothing | | $ 500.00 | ☐ | Copyright(s)/Patent(s) | | $ |
| | (including shoes, coats, hats, etc.) | | | ☐ | Aircraft | | $ |
| | | | | ☐ | Interests in Education IRA | | $ |
| ☐ | Collectibles/Antiques | | $ | ☐ | Customer List(s) | | $ |
| | Describe item(s): | | | | | | |

# YOUR HOUSEHOLD INVENTORY CONTINUED

| | | QTY | "Yard Sale" Value | | | QTY | "Yard Sale" Value |
|---|---|---|---|---|---|---|---|
| ☒ | Dishes/Glasses | Set 16 | $ 100.00 | ☐ | Musical Instruments | _____ | $ _____ |
| ☐ | Buffet/Hutch | _____ | $ _____ | | Describe item(s): | | _____ |
| ☐ | China | _____ | $ _____ | | | | _____ |
| ☒ | Linens (bedding/towels) | Set 3 | $ 150.00 | ☐ | Other | _____ | $ _____ |
| ☐ | Books | _____ | $ _____ | | Describe item(s): | | _____ |
| ☒ | Clock(s) | 1 | $ 5.00 | | | | _____ |
| ☒ | Sewing Machine(s) | 1 | $ 25.00 | ☐ | Other | _____ | $ _____ |
| ☒ | Rug(s) | 5 | $ 20.00 | | Describe item(s): | | _____ |
| ☒ | Vacuum Cleaner(s) | 1 | $ 15.00 | | | | _____ |
| ☐ | Air Conditioner(s) | _____ | $ _____ | ☐ | Other | _____ | $ _____ |
| ☐ | Baby Furniture | _____ | $ _____ | | Describe item(s): | | _____ |
| ☒ | Picture(s) | 6 | $ 150.00 | | | | _____ |
| ☒ | Game Table(s) | 1 | $ 100.00 | | | | |
| ☒ | Seasonal Decorations | 1 | $ Homemade #25 - | | | | |
| ☒ | Fishing Equipment | 3 | $ 30.00 | | | | |
| ☒ | Camping Equipment | 1 | $ 115.00 | | | | |
| ☐ | Hobby Equipment | | $ _____ | | | | |
| | Describe item(s): | _____ | | | | | |
| | | _____ | | | | | |
| ☐ | Food/Water Storage | _____ | $ _____ | | | | |
| ☒ | Bicycle(s) | 1 | $ 20.00 | | | | |

$5,670.00

B6C (Official Form 6C) (4/13)

.

In re    **Samuel Roland Gray,**                                          Case No. _____
**Tanya May Gray**
                                                                    ,
                                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Residence Location: 716 W Sunwood Ct, Kuna ID 83634**<br>**1418 Sq Ft Home - 4 Bedroom - 2 Bathroom - Attached 3 Car Garage - .24 Acres**<br>**Tax Parcel No.: R6214370160**<br>**Basis for Valuation: 2007 Appraisal** | **Idaho Code §§ 55-1001, 55-1002, 55-1003** | **100,000.00** | **133,000.00** |
| **Cash on Hand**<br>**Disposable Income on Hand at Time of Filing** | **Idaho Code § 11-605(11)** | **200.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Bank Business Operating Acct. # ***9797**<br>**Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **Idaho Code § 11-207** | **75%** | **2,014.14** |
| **Bank Business Payroll Acct. # ***9813**<br>**Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **Idaho Code § 11-207** | **75%** | **100.00** |
| **Bank Personal Checking Acct. # ***9644**<br>**Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **Idaho Code § 11-207** | **75%** | **86.59** |
| **Bank Personal Savings Acct. # ***0645**<br>**Bank of the West, 47 E Riverside Dr., Eagle, Idaho 83616** | **Idaho Code § 11-207** | **75%** | **13.00** |
| **Household Goods and Furnishings**<br>**Household Inventory - See Attached List** | **Idaho Code § 11-605(1)(a)** | **5,670.00** | **5,670.00** |
| **Satellite Dish** | **Idaho Code § 11-605(1)(a)** | **100.00** | **100.00** |
| **Game Table** | **Idaho Code § 11-605(1)(a)** | **100.00** | **100.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Miscellaneous Books, Etc.** | **Idaho Code § 11-605(1)(b)** | **100.00** | **100.00** |
| **Miscellaneous Pictures** | **Idaho Code § 11-605(1)(a)** | **150.00** | **150.00** |
| **Wearing Apparel**<br>**Clothing, Shoes, Accessories, Etc.** | **Idaho Code § 11-605(1)(b)** | **500.00** | **500.00** |
| **Furs and Jewelry**<br>**Wedding Rings and Miscellaneous Jewelry, Etc.** | **Idaho Code § 11-605(2)** | **2,000.00** | **3,250.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Firearm(s) - 30-30 and .22** | **Idaho Code § 11-605(8)** | **1,500.00** | **250.00** |
| **Ammunition and/or Firearm Accessories, Etc.** | **Idaho Code § 11-605(11)** | **40.00** | **40.00** |

      **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Samuel Roland Gray,**                                    Case No. _____
         **Tanya May Gray**
                                                    ,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Bicycle** | **Idaho Code § 11-605(1)(b)** | **20.00** | **20.00** |
| **Interests in Insurance Policies** | | | |
| **Term Life - American General Life Insurance** | **Idaho Code § 11-605(10)** | **605.00** | **605.00** |
| **Policy No.: ***4428** | | | |
| **Face Value $250,000** | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Child Support in Arrears - John Krueger** | **Idaho Code § 11-604(1)(b)** | **4,400.00** | **Unknown** |
| **$4,400.00** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Truck - 1989 Chevy 3500 4x4** | **Idaho Code § 11-605(11)** | **750.00** | **1,500.00** |
| **(Vehicle Also Titled in Ex-Spouse's Name)** | | | |
| **Automatic - 2 Door - Ext Cab - Poor Condition -** | | | |
| **Mileage 290,000** | | | |
| **VIN: 2GCGK39N4K1118861** | | | |
| **Basis for Valuation: KBB** | | | |
| **Truck - 1999 GMC Yukon** | **Idaho Code § 11-605(3)** | **7,000.00** | **2,500.00** |
| **Automatic - 4 Door - 1/2 Ton - Poor Condition -** | | | |
| **Mileage 168,457** | | | |
| **VIN: 1GKEK13R9XJ756175** | | | |
| **Basis for Valuation: KBB** | | | |
| **Truck - 1993 Ford Ranger** | **Idaho Code § 11-605(3)** | **7,000.00** | **1,500.00** |
| **(Vehicle Belongs to Adult Son Who is Still** | | | |
| **Attending High School)** | | | |
| **Standard - 2 Door - Short Bed - Standard Cab -** | | | |
| **Poor Condition - Mileage 143,000** | | | |
| **VIN: 1FTCR10A9PUB98002** | | | |
| **Basis for Valuation: KBB** | | | |
| **Other Vehicles - Two (2) 2011 Yamaha YZ450F** | **Idaho Code § 11-605(11)** | **323.00** | **6,000.00** |
| **VIN: ***012208 & VIN: ***013154** | | | |
| **Basis for Valuation: KBB** | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Vehicle Hoist, Passthrough** | **Idaho Code § 11-605(3)** | **2,400.00** | **2,400.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Food Provisions** | **Idaho Code § 11- 605(4)** | **200.00** | **200.00** |
| | Total: | **134,718.30** | **160,298.73** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Samuel Roland Gray,**                             Case No. _____
            **Tanya May Gray**

                                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxxxxx5901 | | | | Opened 3/01/11 Last Active 5/09/14 | | | | | |
| **Capital One Retail Services** PO Box 60504 City of Industry, CA 91716-0504 | X | H | | **Purchase Money Security** (2) 2011 Yamaha YZ450F VIN: ***012208 & VIN: ***013154 | | | | | |
| | | | | Value $      **6,000.00** | | | | 5,354.00 | 0.00 |
| Account No. xxxx9434 | | | | Opened 1/01/07 Last Active 4/30/14 | | | | | |
| **City Ntl Bk Ocwen Loan Svc** Attn Bankruptcy PO Box 24738 West Palm Beach, FL 33416 | | H | | **Mortgage** 716 W Sunwood Ct, Kuna ID 83634 Acct. # ***9434 | | | | | |
| | | | | Value $    **133,000.00** | | | | 148,627.00 | 15,627.00 |
| Account No. ***8242 | | | | 3/2013 | | | | | |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | | H | | **Statutory Lien** **Levy** 941 Quarterly Business Income Tax | | | X | | |
| | | | | Value $      **0.00** | | | | 18,921.93 | 18,921.93 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 172,902.93 | 34,548.93 |
| Total (Report on Summary of Schedules) | 172,902.93 | 34,548.93 |

B6E (Official Form 6E) (4/13)

.

In re  **Samuel Roland Gray,**                                                                    Case No. _____
       **Tanya May Gray**
                                                                            ,
_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

6/30/14 10:15AM

B6E (Official Form 6E) (4/13) - Cont.

In re     **Samuel Roland Gray,**                                          Case No. _____
          **Tanya May Gray**

                                            Debtors                    ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. ***8242 | | | | 2013 | | | | | | |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | C | | | **Personal Income Tax 2013 Tax Period** | | | | 3,851.00 | 0.00 | 3,851.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,851.00 | 3,851.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 3,851.00 | 3,851.00 |

B6F (Official Form 6F) (12/07)

In re     **Samuel Roland Gray,**
          **Tanya May Gray**

Case No. _____

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Account Billing Services**<br>**PO Box 3232**<br>**Nampa, ID 83653-3232** | | H | **Medical Services Collection Primary Health Medical Group** | | | | **61.00** |
| Account No. **xxx9646**<br><br>**Action Collection Svc**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | | W | **Opened 4/01/08**<br>**Collection Attorney Boise Radiology Group** | | | | **304.00** |
| Account No. **xxx6595**<br><br>**Action Collection Svc**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | | W | **Opened 5/01/08**<br>**Collection Attorney Idx Pathology Pa** | | | | **228.00** |
| Account No. **x1175**<br><br>**Advantage Financial Srvs**<br>**10 S Cole Rd**<br>**Boise, ID 83709** | | W | **05 All In One Storage**<br>**Account is: Open, Collection** | | | | **462.00** |

__19__  continuation sheets attached

Subtotal
(Total of this page)          **1,055.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Roland Gray,**
      **Tanya May Gray**
                                           ,

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xx3901<br><br>**Advantage Financial Srvs**<br>**10 S Cole Rd**<br>**Boise, ID 83709** | | W | | **Opened 12/01/13**<br>**Medical Services Collection Attorney Gem State Radiology Acct. # ***3901**<br>**Account is: Closed, Account Closed** | | | | 31.00 |
| Account No. xxxxxxxxxx44SL<br><br>**Air St Lukes**<br>**PO Box 367**<br>**Twin Falls, ID 83303-0367** | | H | | **6/2012**<br>**Medical Services Acct. # ***44SL** | | | | 12,738.44 |
| Account No. xxxx1742<br><br>**Bank of America**<br>**Attn Corr Unit CA6-919-02-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | | H | | **Opened 12/01/04  Last Active  1/29/07**<br>**NOTICE ONLY Real Estate Mortgage Acct. # ***1742** | | | | 0.00 |
| Account No. xxxxxxxxxxx2778<br><br>**Best Buy CBNA**<br>**701 East 60th Street**<br>**Sioux Falls, SD 57104** | | H | | **Opened 12/01/12  Last Active  5/16/14**<br>**Personal Credit Card Debt Acct. # ***2778**<br>**Account is: Open, Purchased by Another Lender** | | | | 502.00 |
| Account No. xxx9641<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | | W | | **Opened  3/01/12**<br>**Collection Attorney Southridge Dental** | | | | 1,260.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,531.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Roland Gray,**
    **Tanya May Gray**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx9383** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | | W | | Opened 8/01/11 <br> **Collection Attorney Home Federal** | | | | 847.00 |
| Account No. **xxx0559** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | | W | | Opened 5/01/08 <br> **Collection Attorney Eric Asay Dds** | | | | 783.00 |
| Account No. **xxx2762** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | | W | | Opened 6/01/12 <br> **Collection Attorney Victory Point Dental** | | | | 624.00 |
| Account No. **xxx2784** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | | W | | Opened 3/01/08 <br> **Collection Attorney Treasure Valley Hospital** | | | | 608.00 |
| Account No. **xxx6205** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | | W | | Opened 8/01/12 <br> **Collection Attorney Praxis Medical Group** | | | | 86.00 |

Sheet no. __**2**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,948.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Samuel Roland Gray,**
        **Tanya May Gray**
                                                              Case No. _____

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2080** <br><br> **CAN Capital Inc** <br> **414 W 14th St** <br> **3rd Floor** <br> **New York, NY 10014** | C | | | | | | 22,809.28 |
| Account No. **xxxxxxxxxxxx7769** <br><br> **Cap One Na** <br> **Po Box 26625** <br> **Richmond, VA 23261** | | H | Opened 12/01/06 Last Active 4/08/14 <br> Credit Card | | | | 576.00 |
| Account No. **xxxxxxxxxxxx2048** <br><br> **Cap1/ymaha** <br> **Po Box 30253** <br> **Salt Lake City, UT 84130** | | H | Opened 3/05/11 Last Active 3/05/11 <br> Charge Account | | | | 0.00 |
| Account No. **xxxxxxxxxxxx1027** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | W | Opened 9/01/05 Last Active 6/04/07 <br> Credit Card | | | | 1,175.00 |
| Account No. **xxxxxxxxxxxx4437** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | H | Opened 12/01/07 Last Active 4/08/14 <br> Charge Account | | | | 588.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     25,148.28

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Roland Gray,**
       **Tanya May Gray**                                                 Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8630**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | Opened 1/20/07 Last Active 6/04/07<br>Credit Card | | | | 0.00 |
| Account No. **xxxxxxxxxxx8765**<br><br>**Capital One**<br>**PO Box 30253**<br>**Salt Lake City, UT 84130** | | H | Opened 12/04/06 Last Active 7/26/07<br>NOTICE ONLY Personal Credit Card Acct. # ***8765 | | | | 0.00 |
| Account No. **xx4698**<br><br>**Cbp Affiliated Service**<br>**1246 Yellowstone Ave Ste**<br>**Pocatello, ID 83201** | | W | Opened 10/01/10<br>Collection Attorney St Alphonsus Med Ctr-Nampa | | | | 1,018.00 |
| Account No. **xxx5878**<br><br>**Cdi Affiliated Service**<br>**Po Box 4068**<br>**Boise, ID 83711** | | H | Opened 1/01/14<br>Collection Attorney Idaho Power Co | | | | 438.00 |
| Account No. **xxx9639**<br><br>**Cdi Affiliated Service**<br>**Po Box 4068**<br>**Boise, ID 83711** | | W | Opened 11/01/08<br>Collection Attorney T3 Wireless | | | | 370.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,826.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

6/30/14 10:15AM

B6F (Official Form 6F) (12/07) - Cont.

In re **Samuel Roland Gray,**
     **Tanya May Gray**
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5492**<br><br>Cdi Affiliated Service<br>Po Box 4068<br>Boise, ID 83711 | | W | **Opened  8/01/08**<br>**Collection Attorney Idaho Power Co** | | | | 35.00 |
| Account No. **xxxxxxxxxxxx0018**<br><br>Chapmanfinsr<br>Po Box 14693<br>Spokane, WA 99214 | | W | **Med1 02 Treasure Valley Laboratory** | | | | 330.00 |
| Account No. **xxxxxxxxxxxx0017**<br><br>Chapmanfinsr<br>Po Box 14693<br>Spokane, WA 99214 | | W | **Med1 02 Treasure Valley Laboratory** | | | | 223.00 |
| Account No. **xxxxxxxxxxxx0019**<br><br>Chapmanfinsr<br>Po Box 14693<br>Spokane, WA 99214 | | W | **Med1 02 Treasure Valley Laboratory** | | | | 181.00 |
| Account No. **xxxxxxxxxxxx0020**<br><br>Chapmanfinsr<br>Po Box 14693<br>Spokane, WA 99214 | | W | **Med1 02 Treasure Valley Laboratory** | | | | 101.00 |

Sheet no. __5___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

870.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Samuel Roland Gray,**                                          Case No. _____
        **Tanya May Gray**
                                                      ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx0283  Chapmanfinsr Po Box 14693 Spokane, WA 99214 | | H | | Last Active 3/11/13 Med1 02 Treasure Valley Laboratory | | | | 0.00 |
| Account No. xxxxxxx0934  Chase Auto Attn Ntl Bankruptcy Dept PO Box 29505 Phoenix, AZ 85038 | C | | | Opened 7/31/06 Last Active 11/16/07 NOTICE ONLY Personal Automobile Loan Acct. # ***0934 | | | | 0.00 |
| Account No. xxxxxxxxxxx3971  Citibank USA Citicorp CS Attn Centralize PO Box 20507 Kansas City, MO 64195 | | H | | Opened 11/01/12 Last Active 5/01/14 Personal Revolving Charge Card Acct. # ***3971 | | | | 1,807.34 |
| Account No. xx0837  City Ntl Bk Ocwen Loan Svc Attn Bankruptcy PO Box 24738 West Palm Beach, FL 33416 | | H | | Opened 12/23/04 Last Active 3/09/05 NOTICE ONLY Real Estate Specific Acct. # ***0837 Account is: Open, Current Account | | | | 0.00 |
| Account No. xxxxxxxxxxx1764  Coll Bur Inc Pob 846 Nampa, ID 83653 | | H | | Med1 02 Anesthesia Assoc Of Boise | | | | 4,693.00 |

Sheet no. __6___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,500.34

B6F (Official Form 6F) (12/07) - Cont.

In re **Samuel Roland Gray,**
     **Tanya May Gray**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxxxxxxx7233 | | | | Med1 02 The Surgical Group | | | | |
| Coll Bur Inc Pob 846 Nampa, ID 83653 | | W | | | | | | 1,139.00 |
| Account No. xxxxxxxxxxxx2602 | | | | Jbj Limited Partnership | | | | |
| Coll Bur Inc Pob 846 Nampa, ID 83653 | | W | | | | | | 931.00 |
| Account No. xxxxxxxxxxxx1974 | | | | City Of Nampa | | | | |
| Coll Bur Inc Pob 846 Nampa, ID 83653 | | W | | | | | | 135.00 |
| Account No. xxxxxxxxxxxx1318 | | | | City Of Nampa | | | | |
| Coll Bur Inc Pob 846 Nampa, ID 83653 | | W | | | | | | 125.00 |
| Account No. xxxxxxxxxxxx7003 | | | | Opened 12/01/06 Last Active 5/09/14 Credit Card | | | | |
| Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | H | | | | | | 1,992.00 |

Sheet no. __7___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,322.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Roland Gray,**
**Tanya May Gray**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx5980<br><br>**Credit One Bank**<br>**Po Box 98873**<br>**Las Vegas, NV 89193** | | H | Opened 12/06/06 Last Active 7/10/07<br>Credit Card | | | | 0.00 |
| Account No. xxxxxxxxxxxx1001<br><br>**CSC BB T Corp**<br>**4251 Fayetteville Road**<br>**Lumberton, NC 28358** | | H | Opened 2/01/08 Last Active 5/21/12<br>NOTICE ONLY Personal Automobile Loan<br>Acct. # ***1001 | | | | 0.00 |
| Account No. xxxxxxxxxxxxxx4358<br><br>**Dell Financial Services**<br>**Dell Financial Services Attn:**<br>**Bankrupcty**<br>**Po Box 81577**<br>**Austin, TX 78708** | | H | Opened 2/01/07 Last Active 5/09/14<br>Charge Account | | | | 1,844.00 |
| Account No. xxxxxxxxxxxxxxxxx0519<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | W | Opened 5/01/09 Last Active 5/31/14<br>Educational | | | | 8,253.00 |
| Account No. xxxxxxxxxxxxxxxxx0519<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | W | Opened 5/01/09 Last Active 5/31/14<br>Educational | | | | 4,115.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **14,212.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Samuel Roland Gray,**
         **Tanya May Gray**                                        Case No. _____

                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxxxx0617** <br><br> **Dept Of Ed/sallie Mae** <br> **Po Box 9635** <br> **Wilkes Barre, PA 18773** | | W | **Opened  6/01/10  Last Active  5/31/14** <br> **Educational** | | | | **3,887.00** |
| Account No. **xxxxxxxxxxxxxxxxxx1020** <br><br> **Dept Of Ed/sallie Mae** <br> **Po Box 9635** <br> **Wilkes Barre, PA 18773** | | W | **Opened 10/01/10  Last Active  5/31/14** <br> **Educational** | | | | **3,803.00** |
| Account No. **xxxxxxxxxxxxxxxxxx0617** <br><br> **Dept Of Ed/sallie Mae** <br> **Po Box 9635** <br> **Wilkes Barre, PA 18773** | | W | **Opened  6/01/10  Last Active  5/31/14** <br> **Educational** | | | | **2,618.00** |
| Account No. **xxxxxxxxxxxxxxxxxx1020** <br><br> **Dept Of Ed/sallie Mae** <br> **Po Box 9635** <br> **Wilkes Barre, PA 18773** | | W | **Opened 10/01/10  Last Active  5/31/14** <br> **Educational** | | | | **2,543.00** |
| Account No. **xxx8198** <br><br> **Eos Cca** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | | W | **Opened  8/01/12** <br> **Collection Attorney At T Mobility** | | | | **1,604.00** |

Sheet no. __**9**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                          (Total of this page)       **14,455.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Samuel Roland Gray,**
         **Tanya May Gray**
                                                                                    Case No. _____

                                                  _____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2249<br><br>GECRB/Lowes<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076 | H | | Opened 11/01/12 Last Active 4/15/14<br>Charge Account | | | | 464.00 |
| Account No. xxxxxxxxxxx3807<br><br>Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | H | | Opened 12/01/12 Last Active 5/16/14<br>Charge Account | | | | 235.00 |
| Account No. xxxxxxxxxxx2028<br><br>Hsbc Bank<br>Po Box 9<br>Buffalo, NY 14240 | W | | Opened 12/07/06 Last Active 6/04/07<br>Credit Card | | | | 0.00 |
| Account No. x8600<br><br>Idaho Foot Ankle<br>809 N Liberty<br>Boise, ID 83704 | C | | 2/2014<br>Medical Services Acct. # ***8600 | | | | 920.77 |
| Account No. xxxx0059<br><br>Medicredit Inc<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | H | | Medical Services Collection Saint Alphonsus Regional Medical Center Acct. # ***0059 | | | | 293.90 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,913.67

6/30/14 10:15AM

B6F (Official Form 6F) (12/07) - Cont.

| In re | **Samuel Roland Gray,** | Case No. _____ |
|-------|--------------------------|-----------------------------------|
|       | **Tanya May Gray**       |                                   |

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4258** <br><br> **Monterey Financial Svc** <br> **4095 Avenida De La Plata** <br> **Oceanside, CA 92056** | | H | Opened 4/01/08 Last Active 4/23/13 <br> Unsecured | | | | 0.00 |
| Account No. **xxxxxxxxxxx0548** <br><br> **Mor Furnitur** <br> **Cscl Dispute Team** <br> **Des Moines, IA 50306** | | H | Opened 11/01/12 Last Active 4/17/14 <br> Charge Account | | | | 988.00 |
| Account No. **xxxxxxxxxxx2028** <br><br> **Ncb** <br> **1 Allied Dr** <br> **Trevose, PA 19053** | | W | 12 Hsbc Bank Na | | | | 4,159.00 |
| Account No. **xxxx3956** <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | | H | Opened 3/01/13 <br> Collection Attorney Med1 02 Idaho Heart Care | | | | 3,482.00 |
| Account No. **xxxx3955** <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | | H | Opened 3/01/13 <br> Collection Attorney Med1 02 Idaho Heart Care | | | | 798.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,427.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Samuel Roland Gray,**                                             Case No. _____
        **Tanya May Gray**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0233** <br><br> **Nco Fin/55** <br>**Po Box 13570** <br>**Philadelphia, PA 19101** | | W | | **Med1 02 Idaho Emergency Physicians N** | | | | 550.00 |
| Account No. **xxxx3951** <br><br> **Nco Fin/55** <br>**Po Box 13570** <br>**Philadelphia, PA 19101** | | H | | **Opened  3/01/13  Last Active  9/30/13** <br>**Collection Attorney Med1 02 Idaho Heart Care** | | | | 225.00 |
| Account No. **xxxx4943** <br><br> **Nco Fin/55** <br>**Po Box 13570** <br>**Philadelphia, PA 19101** | | H | | **Opened 11/01/13** <br>**Collection Attorney Idaho Heart Care** | | | | 174.00 |
| Account No. **xxxx3953** <br><br> **Nco Fin/55** <br>**Po Box 13570** <br>**Philadelphia, PA 19101** | | H | | **Opened  3/01/13** <br>**Collection Attorney Med1 02 Idaho Heart Care** | | | | 150.00 |
| Account No. **xxxx3957** <br><br> **Nco Fin/55** <br>**Po Box 13570** <br>**Philadelphia, PA 19101** | | H | | **Opened  3/01/13** <br>**Collection Attorney Med1 02 Idaho Heart Care** | | | | 139.00 |

Sheet no. __**12**__ of __**19**__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)     | 1,238.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

6/30/14 10:15AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Samuel Roland Gray,**
**Tanya May Gray**

_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx3954**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | | H | | | **Opened  3/01/13**<br>**Collection Attorney Med1 02 Idaho Heart Care** | | | | 125.00 |
| Account No. **xxxx3952**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | | H | | | **Opened  3/01/13**<br>**Collection Attorney Med1 02 Idaho Heart Care** | | | | 82.00 |
| Account No. **xxxxxx0979**<br><br>**New Century Mortgage C/Carrington**<br>**1610 E. St. Andrew Place**<br>**B150**<br>**Santa Ana, CA 92705** | | H | | | **Opened  1/26/07  Last Active  3/05/07**<br>**Real Estate Mortgage** | | | | 0.00 |
| Account No. **xxxxxxxxxxx0993**<br><br>**Onemain Fi**<br>**Po Box 499**<br>**Hanover, MD 21076** | | H | | | **Opened 10/01/07  Last Active 10/18/12**<br>**Unsecured** | | | | 0.00 |
| Account No. **xxxxxxxxxxx8630**<br><br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** | | W | | | **Capital One Bank Usa Na** | | | | 1,040.00 |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,247.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Samuel Roland Gray,**                                     Case No. _____
         **Tanya May Gray**

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4284**<br><br>**Rc Willey Home Furnishings**<br>**Attn: Bankruptcy**<br>**Po Box 65320**<br>**Salt Lake City, UT 84165** | | H | **Opened 11/01/12  Last Active  5/01/14**<br>**Charge Account** | | | | 679.00 |
| Account No. **xx5886**<br><br>**Reliable Credit Assc**<br>**10690 SE McLoughlin Blvd**<br>**Portland, OR 97222** | | H | **Opened 10/01/06  Last Active  1/29/07**<br>**NOTICE ONLY Personal Loan Acct. # ***5886** | | | | 0.00 |
| Account No. **xx4695**<br><br>**Reliable Credit Assc**<br>**10690 SE McLoughlin Blvd**<br>**Milwaukie, OR 97222** | | H | **Opened  7/01/05  Last Active  9/01/06**<br>**NOTICE ONLY Personal Loan Acct. # ***4695**<br>**Account is: Closed, Account Closed** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx9273**<br><br>**Saint Alphonsus Medical Gr**<br>**c/o Central Billing Office**<br>**3340 E Goldstone Drive**<br>**Meridian, ID 83642** | | H | **11/2013**<br>**Medical Services Acct. # ***9273** | | | | 351.14 |
| Account No. **xxxxxxxxxxxxxxxxx0316**<br><br>**Sallie Mae**<br>**Attn: Claims Department**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | **Opened  3/01/07  Last Active  3/13/09**<br>**Educational** | | | | 10,242.00 |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of                Subtotal | 11,272.14
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Samuel Roland Gray,**                          Case No. _____
     **Tanya May Gray**
                                    _____,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxx0617 | | | Opened 6/01/10 Last Active 9/01/10 NOTICE ONLY Educational Student Loan Acct. # ***0617 | | | | |
| Sallie Mae Attn Claims Department PO Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxxxx0617 | | | Opened 6/01/10 Last Active 9/01/10 NOTICE ONLY Educational Student Loan Acct. # ***0617 | | | | |
| Sallie Mae Attn Claims Department PO Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxxxx0519 | | | Opened 5/01/09 Last Active 9/01/09 NOTICE ONLY Educational Student Loan Acct. # ***0519 | | | | |
| Sallie Mae Attn Claims Department PO Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxxxx0519 | | | Opened 5/01/09 Last Active 9/01/09 NOTICE ONLY Educational Student Loan Acct. # ***0519 | | | | |
| Sallie Mae Attn Claims Department PO Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | 0.00 |
| Account No. xxxxxxxxxx0001 | | | Opened 2/01/05 Last Active 3/16/07 Educational | | | | |
| Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | 0.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Samuel Roland Gray,**
**Tanya May Gray**
Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0002** <br><br> **Sallie Mae** <br> **Attn: Claims Department** <br> **Po Box 9500** <br> **Wilkes-Barre, PA 18773** | | W | **Opened  2/01/05  Last Active  3/16/07** <br> **Educational** | | | | **0.00** |
| Account No. **xxxxxx0604** <br><br> **Saxon Mtg** <br> **Po Box 161489** <br> **Fort Worth, TX 76161** | | H | **Opened  1/19/07  Last Active 10/30/09** <br> **Real Estate Specific** | | | | **0.00** |
| Account No. **xxxx2280** <br><br> **Southwest Credit Syste** <br> **4120 International Parkway Suite 1100** <br> **Carrollton, TX 75007** | | W | **Opened  4/01/14** <br> **Collection Attorney Tmobile** | | | | **418.00** |
| Account No. **x2459** <br><br> **Specialty Clinics of Idaho** <br> **727 E Riverpark Ln** <br> **#200** <br> **Boise, ID 83706-4097** | | H | **2012** <br> **Medical Services Acct. # ***2459** | | | | **465.71** |
| Account No. <br><br> **St Lukes Cardiothoracic Vasc** <br> **333 N 1st St** <br> **Ste 280** | | H | **6/2012** <br> **Medical Services** | | | | **9,136.00** |

Sheet no. **16** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,019.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **Samuel Roland Gray,**
      **Tanya May Gray**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **x5716**<br><br>St Lukes Clinic<br>333 N 1st Street<br>Ste 280<br>Boise, ID 83702 | | H | | 6/2012<br>Medical Services Acct. # ***5716 | | | | 9,136.00 |
| Account No. **xx9914**<br><br>St Lukes Physician Clinics<br>PO Box 550<br>Boise, ID 83701-0550 | | H | | 6/2012<br>Medical Services Acct. # ***9914 | | | | 968.00 |
| Account No. **xxxxx4142**<br><br>Sterling Savings Bank<br>111 N Wall St<br>Spokane, WA 99201 | | H | | Opened  2/12/08 Last Active  1/29/10<br>Secured | | | | 0.00 |
| Account No. **x9255**<br><br>Surgery Center of Idaho<br>2855 Magic View Dr<br>Meridian, ID 83642-6245 | | H | | 4/2014<br>Medical Services Acct. # ***9255 | | | | 387.74 |
| Account No. **xxxx1153**<br><br>The Outsource Group<br>3 Cityplace Dr<br>Saint Louis, MO 63141 | | H | | Opened  4/01/13<br>Collection Attorney Saint Alphonsus Regional Medic | | | | 4,752.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,243.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Roland Gray,
Tanya May Gray**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx8646 <br><br> **The Outsource Group** <br> **3 Cityplace Dr** <br> **Saint Louis, MO 63141** | | H | | Opened 1/01/13 Last Active 5/12/14 <br> Collection Attorney Saint Alphonsus Regional Medic | | | | 243.00 |
| Account No. x3068 <br><br> **Womens Health Associates** <br> **333 N 1st St Ste 240** <br> **Boise, ID 83702-6132** | C | | | 4/2014 <br> Medical Services Acct. # ***3068 | | | | 742.84 |
| Account No. xxxxxxxxxxxx2704 <br><br> **Worlds Foremost Bank N** <br> **4800 Nw 1st Street** <br> **Lincoln, NE 68521** | | H | | Opened 12/01/12 Last Active 5/01/14 <br> Credit Card | | | | 2,918.00 |
| Account No. xxxxxxxxxxx3652 <br><br> **Y2k Inc** <br> **3660 W Chinden Blvd** <br> **Boise, ID 83714** | | H | | Opened 10/01/04 Last Active 8/28/06 <br> Automobile | | | | 0.00 |
| Account No. xxxxxxxxxxx5439 <br><br> **Yamaha/gemb** <br> **Gemb/Attn: Bankruptcy Department** <br> **Po Box 103106** <br> **Roswell, GA 30076** | | H | | Opened 3/01/07 Last Active 5/17/11 <br> Secured | | | | 0.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,903.84**

6/30/14 10:15AM

B6F (Official Form 6F) (12/07) - Cont.

In re **Samuel Roland Gray,**
**Tanya May Gray**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxx7009** | | | | Opened  9/01/07  Last Active  5/09/12 Secured | | | | |
| **Yamaha/gemb** **Gemb/Attn: Bankruptcy Department** **Po Box 103106** **Roswell, GA 30076** | | H | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**19**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Total
(Report on Summary of Schedules)

**140,133.16**

B6G (Official Form 6G) (12/07)

.

In re   **Samuel Roland Gray,**                                                                          Case No. _____
       **Tanya May Gray**
_____,
                                    Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Samuel Roland Gray,**                              Case No. _____

           **Tanya May Gray**

                                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cindy L Gray**<br>**3345 S Milan**<br>**Meridian, ID 83642** | **Any Community Debt** |
| **Cindy L Gray**<br>**3345 S Milan**<br>**Meridian, ID 83642** | **Capital One Retail Services**<br>**PO Box 60504**<br>**City of Industry, CA 91716-0504** |
| **Nichole Gray-Robinson**<br>**385 E Scops Owl Way**<br>**Kuna, ID 83634** | **Any Community Debt** |
| **Todd A Durrant**<br>**904 E Hawaii Ave**<br>**Nampa, ID 83686** | **Any Community Debt** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Samuel Roland Gray** |
| Debtor 2 (Spouse, if filing) | **Tanya May Gray** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | Self-Employed | Homemaker |
| | Employer's name | Dale's Auto Care | |
| | Employer's address | 2602 S Vista Ave<br>Boise, ID 83705 | |
| | How long employed there? | 8 Years | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **Samuel Roland Gray**
Debtor 2   **Tanya May Gray**                                                        Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b.  **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c.  **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d.  **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e.  **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f.  **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g.  **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h.  **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,500.00 | $ 0.00 |
| | 8b.  **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 442.00 |
| | 8d.  **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e.  **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f.  **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g.  **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h.  **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,500.00 | $ 442.00 |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,500.00 + | $ 442.00 = | $ 3,942.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                       11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                          12.  $ 3,942.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
  ■ No.
  ☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1   **Samuel Roland Gray**

Debtor 2   **Tanya May Gray**
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

---

## Official Form B 6J

## Schedule J: Your Expenses                                                12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and      ■ Yes. Fill out this information for
   Debtor 2.                         each dependent...........
   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **18** | ☐ No  ■ Yes |
| **Daughter** | **21** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include**       ■ No
   **expenses of people other than**  ☐ Yes
   **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,467.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Samuel Roland Gray** | | |
|---|---|---|---|
| Debtor 2 | **Tanya May Gray** | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **100.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **80.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **100.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **126.00** |
| 10. | **Personal care products and services** | | 10. $ | **80.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **250.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **236.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **103.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | **3,242.00** |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,942.00** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **3,242.00** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **700.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    **Samuel Roland Gray**
**Tanya May Gray**

Case No. _____

Debtor(s)    Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**40**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 26, 2014** _____     Signature    **/s/ Samuel Roland Gray** _____
                                                   **Samuel Roland Gray**
                                                 Debtor

Date **June 26, 2014** _____     Signature    **/s/ Tanya May Gray** _____
                                                 **Tanya May Gray**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Idaho

In re **Samuel Roland Gray**
**Tanya May Gray**

Debtor(s)

Case No. _____

Chapter    **13**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,579.71 | 2014 YTD: Husband Business NET Income - Dale's Auto Care |
| $27,254.00 | 2013: Husband Business NET Income - Dale's Auto Care |
| $19,359.00 | 2012: Husband Business NET Income - Dale's Auto Care |
| $2,403.00 | 2013: Wife Business Income - Cleaning |
| $6,051.00 | 2013: Wife Employment Income |
| $7,992.00 | 2012: Wife Employment Income |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $90.00 | 2014: Both 2013 State Tax Refund |
| $80.00 | 2013: Husband 2012 State Tax Refund |
| $3,825.00 | 2013: Wife 2012 Tax Refunds - ($3,548 Federal; $277 State) |
| $2,876.00 | 2014: Wife 2013 Federal Tax Refund |
| $2,649.12 | 2014 YTD: Wife Child Support |
| $5,346.21 | 2013: Wife Child Support |

---

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **City Ntl Bk Ocwen Loan Svc**<br>**Attn Bankruptcy**<br>**PO Box 24738**<br>**West Palm Beach, FL 33416** | **4/2014** | **$1,466.74** | **$148,627.00** |
| **Capital One Retail Services**<br>**PO Box 60504**<br>**City of Industry, CA 91716-0504** | **6/2014, 5/2014, 4/2014** | **$903.00** | **$5,354.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **NCO Financial Systems vs. Samuel Gray CV-OC-2014-02362** | **Collection** | **Fourth Judicial District of Idaho, County of Ada** | **Default Judgment ($6,421.79)** |
| **Collection Bureau Inc vs. Samuel R Gray, etal CV-OC-2013-14314** | **Collection** | **Fourth Judicial District of Idaho, County of Ada** | **Default Judgment - ($5,311.53)** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | **6/16/2014** | **US Bank Levy - $450.00** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Credit Counseling<br>Cricket Debt Counseling** | **6/13/2014** | **$36.00 - Debit Card** |
| **Martelle, Bratton & Associate<br>873 East State Street<br>Eagle, ID 83616** | **6/12/2014 & 5/27/2014** | **$1,885.00 - Cash** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank** | **Bank Business Acct. # ***3514** | **$0.00 - 6/13/2014** |

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank of the West**<br>**1630 Wells Ave**<br>**Meridian, ID 83642** | **Tanya Gray**<br>**716 W Sunwood Ct., Kuna  ID  83634** | **Birth Certificates, Etc.** | |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **309 Holly Street**<br>**Nampa, Idaho  83686** | **Tanya Harris** | **4/2013 To 8/2013** |
| **904 E Hawaii Ave**<br>**Nampa, Idaho  83686** | **Tanya Durrant** | **11/2010 To 2/2013** |

B7 (Official Form 7) (04/13)
6

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Cindy Gray**
**Ex-Wife**
**7/25/2008 To 10/2012**
**Nichole Gray - Robinson**
**Ex-Wife**
**11/2/2005 To 1/2007**
**Todd A Durrant**
**Ex-Husband**
**11/16/2010 To 6/11/2013**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Dale's Auto Care** | **20-4573104** | **2602 S Vista Ave Boise, ID 83705** | **Automotive Repair Shop** | **5/1/2006 To Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June 26, 2014**                    Signature   **/s/ Samuel Roland Gray**
                                                          **Samuel Roland Gray**
                                                          Debtor

Date   **June 26, 2014**                    Signature   **/s/ Tanya May Gray**
                                                          **Tanya May Gray**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Idaho

In re    **Samuel Roland Gray**
      **Tanya May Gray**                         Case No.
                                  Debtor(s)        Chapter    **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Samuel Roland Gray**
**Tanya May Gray**                          X   **/s/ Samuel Roland Gray**        **June 26, 2014**
Printed Name(s) of Debtor(s)                         Signature of Debtor            Date

Case No. (if known)                                X   **/s/ Tanya May Gray**           **June 26, 2014**
                                             Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

# United States Bankruptcy Court
## District of Idaho

In re  **Samuel Roland Gray**
**Tanya May Gray**

_____
                                    Debtor(s)

Case No. _____

Chapter   **13**   _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **June 26, 2014**
_____

**/s/ Samuel Roland Gray**
_____
**Samuel Roland Gray**
Signature of Debtor

Date:  **June 26, 2014**
_____

**/s/ Tanya May Gray**
_____
**Tanya May Gray**
Signature of Debtor

```
Account Billing Services
PO Box 3232
Nampa, ID 83653-3232


Action Collection Svc
1325 S Vista Ave
Boise, ID 83705


Advantage Financial Srvs
10 S Cole Rd
Boise, ID 83709


Air St Lukes
PO Box 367
Twin Falls, ID 83303-0367


Bank of America
Attn Corr Unit CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062


Best Buy CBNA
701 East 60th Street
Sioux Falls, SD 57104


Bonneville Billing
1186 E 4600 S Ste 100
Ogden, UT 84403


CAN Capital Inc
414 W 14th St
3rd Floor
New York, NY 10014


Cap One Na
Po Box 26625
Richmond, VA 23261
```

```
Cap1/ymaha
Po Box 30253
Salt Lake City, UT 84130


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital One
PO Box 30253
Salt Lake City, UT 84130


Capital One Retail Services
PO Box 60504
City of Industry, CA 91716-0504


Cbp Affiliated Service
1246 Yellowstone Ave Ste
Pocatello, ID 83201


Cdi Affiliated Service
Po Box 4068
Boise, ID 83711


Chapmanfinsr
Po Box 14693
Spokane, WA 99214


Chase Auto
Attn Ntl Bankruptcy Dept
PO Box 29505
Phoenix, AZ 85038


Cindy L Gray
3345 S Milan
Meridian, ID 83642
```

Citibank USA
Citicorp CS Attn Centralize
PO Box 20507
Kansas City, MO 64195


City Ntl Bk Ocwen Loan Svc
Attn Bankruptcy
PO Box 24738
West Palm Beach, FL 33416


Coll Bur Inc
Pob 846
Nampa, ID 83653


Credit One Bank
Po Box 98873
Las Vegas, NV 89193


CSC BB T Corp
4251 Fayetteville Road
Lumberton, NC 28358


Dell Financial Services
Dell Financial Services Attn: Bankrupcty
Po Box 81577
Austin, TX 78708


Dept Of Ed/sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Eos Cca
700 Longwater Dr
Norwell, MA 02061


GECRB/Lowes
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Hsbc Bank
Po Box 9
Buffalo, NY 14240


Idaho Foot Ankle
809 N Liberty
Boise, ID 83704


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Medicredit Inc
PO Box 1629
Maryland Heights, MO 63043-0629


Monterey Financial Svc
4095 Avenida De La Plata
Oceanside, CA 92056


Mor Furnitur
Cscl Dispute Team
Des Moines, IA 50306


Ncb
1 Allied Dr
Trevose, PA 19053


Nco Fin/55
Po Box 13570
Philadelphia, PA 19101

```
New Century Mortgage C/Carrington
1610 E. St. Andrew Place
B150
Santa Ana, CA 92705


Nichole Gray-Robinson
385 E Scops Owl Way
Kuna, ID 83634


Ocwen Loan Servicing
12650 Ingenuity Dr
Orlando, FL 32826


Onemain Fi
Po Box 499
Hanover, MD 21076


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Rc Willey Home Furnishings
Attn: Bankruptcy
Po Box 65320
Salt Lake City, UT 84165


Reliable Credit Assc
10690 SE McLoughlin Blvd
Portland, OR 97222


Reliable Credit Assc
10690 SE McLoughlin Blvd
Milwaukie, OR 97222


Saint Alphonsus Medical Gr
c/o Central Billing Office
3340 E Goldstone Drive
Meridian, ID 83642
```

Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773


Sallie Mae
Attn Claims Department
PO Box 9500
Wilkes-Barre, PA 18773


Saxon Mtg
Po Box 161489
Fort Worth, TX 76161


Southwest Credit Syste
4120 International Parkway Suite 1100
Carrollton, TX 75007


Specialty Clinics of Idaho
727 E Riverpark Ln
#200
Boise, ID 83706-4097


St Lukes Cardiothoracic Vasc
333 N 1st St
Ste 280


St Lukes Clinic
333 N 1st Street
Ste 280
Boise, ID 83702


St Lukes Physician Clinics
PO Box 550
Boise, ID 83701-0550


Sterling Savings Bank
111 N Wall St
Spokane, WA 99201

Surgery Center of Idaho
2855 Magic View Dr
Meridian, ID 83642-6245


The Outsource Group
3 Cityplace Dr
Saint Louis, MO 63141


Todd A Durrant
904 E Hawaii Ave
Nampa, ID 83686


Womens Health Associates
333 N 1st St Ste 240
Boise, ID 83702-6132


Worlds Foremost Bank N
4800 Nw 1st Street
Lincoln, NE 68521


Y2k Inc
3660 W Chinden Blvd
Boise, ID 83714


Yamaha/gemb
Gemb/Attn: Bankruptcy Department
Po Box 103106
Roswell, GA 30076