**Sam & Tanya Gray**
716 W Sunwood Ct
Kuna ID 83634

**Date:** Thursday, January 22, 2015

**File Number:** 4108/001

**Re:** CHAPTER 13

| Date | | Description of Service | Hours | Amount |
|---|---|---|---|---|
| May 23/14 | SBB | SBB - Phone Consultation with client for Initial Consultation on May 23, 2014. | 0.50 | 125.00 |
| Jun 2/14 | TLH | TLH:  Prepared Retainer Agreement, CIN Authorization Form, Fee Schedule, Etc. For Debtor to Sign.   Emailed all said documents to client.   Client needs to provide a copy of DL. | 0.50 | 42.50 |
| Jun 12/14 | TLH | TLH:  Met with client to review paperwork.  Discussed IRS Levy Release with MM. | 0.50 | 42.50 |
| Jun 16/14 | TLH | TLH:  Updated Best Case client file with Certificates of Pre-Filing Credit Counseling and attached said Certificates to Voluntary Petition. | 0.20 | 17.00 |
| Jun 16/14 | TLH | TLH:  Reviewed client physical file for sufficiency of proof and potential legal issues prior to beginning drafting petition, Disclosure of Attorney Statement, and Schedules.   Reviewed Credit Report prior to drafting Schedules for sufficiency and ascertaining secured, unsecured, priority and non-priority creditors.   Researched and pulled PACER report for prior filings to be included in petition.   Researched and pulled State Repository report for involvement in cases and/or judgments to be included into SOFA.   Researched and pulled DMV Title report to be cross-referenced with Schedule B. | 1.00 | 85.00 |
| Jun 16/14 | MM | Rev of file to prepare for conf with Revenue Officer; she has levied 450 and won't levy again for 2 weeks; he has to file by Juen30; need to send her a copy of the petition | 0.50 | 125.00 |
| Jun 23/14 | SBB | Sbb-spoke to client and explained why we feel chp 13 is a better options then a chp 7. | 0.50 | 125.00 |
| Jun 25/14 | TLH | TLH:  Data entry of ENTIRE client questionnaire, with the EXCEPTION of Schedule F, in order to prepare a draft petition for client review.  Prepared Exhibit A and applied appropriate exemptions to Schedules A and B.   Prepared draft petition highlighting needed information and clarification of items for client to respond.  Emailed draft petition to client for review. | 4.00 | 340.00 |
| Jun 25/14 | SBB | Sbb-rev info and file and P&L and Taxes, updated I and J appropriately | 0.50 | 125.00 |
| Jun 26/14 | TLH | TLH:  Updated draft petition with revisions provided by client at time of Signing appointment.  Prepared final petition for Signing.   Provided | 1.00 | 85.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | client physical file to JSW. | | |
| Jun 26/14 | TLH | TLH: Updated petition with revisions provided by client. Still waiting for additional information prior to filing case. | 0.50 | 42.50 |
| Jun 26/14 | SBB | Sbb-rev file in full, drafted plan worksheet and calculations, drafted plan met with client to discuss options and sign and file. | 2.50 | 625.00 |
| Jun 30/14 | TLH | TLH: Updated petition with additional information provided by client. Filed Chapter 13 Voluntary Petition and Plan with the Court through ECF along with required additional documents. | 3.00 | 255.00 |
| Jun 30/14 | SBB | Sbb-rev items and had JSW let client know nothing needs done. We filed today they are all | 0.30 | 75.00 |
| Jul 22/14 | TLH | TLH: Updated Best Case client file with Certificates of Post-Filing Credit Counseling. Filed said Certificates with the Court through | 0.20 | 17.00 |
| Jul 24/14 | TLH | TLH: Amended Schedule F to disclose additional two creditors based upon a fax I received from the client. Emailed said Amended Schedule to client for review. Attached Amended Declaration of Schedules SigPage for client to SIGN, and | 0.30 | 25.50 |
| 07/30/2014 | SBB | Sbb-rev file and email from A@T responded Yes it appears that they are just taking all money received and su | 0.30 | 75.00 |
| 08/05/2014 | SBB | Sbb-spoke with T about bus inspection talked to client and explained what it was and set up time, calendared and let T know | 0.40 | 100.00 |
| 08/05/2014 | TLH | TLH: Prepared Amended Schedule C and Schedule F. Filed Amended Schedules and Amended Declaration of Schedules SigPage with the Court through ECF. | 0.50 | 42.50 |
| 08/05/2014 | TLH | TLH: Prepared COS for Amended Schedule F. Filed said COS with the Court through ECF. | 0.30 | 25.50 |
| 08/07/2014 | SBB | Sbb-travel and attend Bus. inspection -made notes of items in question regarding income and expenses, there is still a significant amount of work needing done to document business income and expenses vs personal | 1.50 | 375.00 |
| 08/11/2014 | SBB | BK 341 MTG - Gray, Sam & Tanya - | 1.50 | 375.00 |
| 08/26/2014 | SBB | Sbb-rev epiq client current | 0.10 | 25.00 |
| 09/03/2014 | SBB | BK CONF HRG - Gray, Sam & Tanya - sbb-rev file, made notes, travel and attend confirmation hearing. Requested continuance. | 0.50 | 125.00 |
| 10/10/2014 | SBB | Sbb-rev epiq client current | 0.10 | 25.00 |
| 11/03/2014 | SBB | Sbb-email to A@T We will need an amended plan and it is at the top of my pile. I hope to have more info before the hearing tomorrow but at this point I would propose we deny confirmation | 0.30 | 75.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/04/2014 | SBB | Sbb-rev file and travel to conf, need to deny and file amend plan | 0.80 | 200.00 |
| 11/18/2014 | TLH | TLH:   Amended Schedules B & C to disclose pool table, freezer, and fridge located in the Debtors' garage.   Also amended SOFA #10 to disclose the sale of the 1997 Ford F150.   Prepared Amended Declaration of Schedules | 0.40 | 34.00 |
| 11/20/2014 | SBB | Sbb-rev file and information, drafted amended calculations, analyzed claims and made amendments to I and J and means and B. Amended Plan. Drafted NOH | 1.50 | 375.00 |
| 11/21/2014 | SBB | Sbb-rev file, spoke to client. Had NOH and amended plan mailed and filed | 0.50 | 125.00 |
| 12/02/2014 | TLH | TLH:   Filed Amended Schedules B, C, I & J with the Court through ECF.   Filed Amended Declaration of Schedules SigPage with the Court through ECF. | 0.40 | 34.00 |
| 12/03/2014 | TLH | TLH:   Filed Amended SOFA with the Court through ECF showing the sale of vehicle pre-petition.   Filed SigPage with the Court through ECF. | 0.30 | 25.50 |
| 12/03/2014 | TLH | TLH:   Filed Notice of Change of Address for Creditor Y2K with the Court through ECF. | 0.30 | 25.50 |
| 12/17/2014 | SBB | Sbb-rev for progress, set reminders | 0.10 | 25.00 |
| 01/03/2015 | SBB | Sbb-rev file in detail along w/Ts recs. Emailed client I have recently reviewed your case in light of the Trustee's c | 1.00 | 250.00 |
| 01/04/2015 | SBB | Sbb-rev file and information. Email from T, are they going to provide info or do 100%. Resp that I was thinking it would be dismissed but will look into 100% | 0.30 | 75.00 |
| 01/06/2015 | SBB | Sbb-rev file in detail and major issues, spoke to client and to T. Need reciepts and order in 10 days, if not dismissed and start over everyone is on same page with this. Sbb-travel and attend conf hearing | 1.80 | 450.00 |
| 01/08/2015 | SBB | Sbb-rev info and set deadlines | 0.20 | 50.00 |
| 01/23/2015 | SBB | Sbb-pulled invoice from new system combined old and new. Drafted aff of fees | 1.00 | 225.00 |
| 01/24/2015 | SBB | Sbb-rev file and email from N@T. Emailed client We are progressing and so far so good. We need to get the following information and we should be able to confirm your case. | 0.40 | 90.00 |
| 02/02/2015 | SBB | Sbb-rev file, spoke w/N@T and emailed client You are correct your payment needs to be $1,165 me know if you have any questions. | 0.30 | 67.50 |
| 02/03/2015 | SBB | info to T (see main notes) - Send to NM@T Employee Payroll – cancelled checks would be ideal | 0.20 | 45.00 |

| | | | | |
|---|---|---|---|---|
| | | Business Insurance – a copy of the insurance policy or billing statement | | |
| | | Utilities – copies of the utility bills that relate to the business | | |
| | | Documentation is only needed for August and September. Last, we are satisfied with most of August's proof, but we would like a transaction detail by account for uncategorized expenses for September.   We are unable to locate around $1,300 in expenses. | | |
| 02/03/2015 | SBB | Sbb-rev file and info was delivered last Thursday. Spoke to N@T Still need new Sept P&L. Called client he will fax today | 0.50 | 112.50 |
| 02/04/2015 | SBB | Sbb-rev info w/T and it income is way understated pmt likely going up significantly, scheduled apt to go meet with her. | 0.50 | 112.50 |
| 02/11/2015 | SBB | Sbb-rev file, travel and met w/T re:chp 13 and recent income ect. | 1.20 | 270.00 |
| 02/25/2015 | SBB | Sbb-rev file and information and drafted amended I and J. Emailed client
Sbb-spoke to client and emailed T | 1.00 | 225.00 |
| 02/26/2015 | SBB | Sbb-calculated income and made changes to schedule I, l/m w/client that $2200 is where it has to be. Emailed T about dismissing and refiling at a later date.
Spoke to T; Spoke to client | 0.90 | 202.50 |
| 02/26/2015 | TLH | TLH:   Filed Amended Schedules I & J with the Court through ECF.   Filed Amended Declaration of Schedules SigPage with the Court through ECF. | 0.30 | 25.50 |
| 03/04/2015 | SBB | Sbb-rev file and info, drafted updated aff of fees, filed and mailed. | 0.80 | 180.00 |

|  |  |
|---|---|
| **Our Fee** | **$6,619.50** |

**Non-Taxable Expenses**

| | | |
|---|---|---|
| E108 Postage Pulled Credit Report from CIN at time of Retain | 50.00 | |
| $Filing Fee | 310.00 | |
| Court fees | 0.30 | |

**Expenses**

| | | | |
|---|---|---|---|
| 08/05/2014 | $Filing Fee for adding additional creditors after the time of filing. | 30.00 | |
| 08/05/2014 | Printing/Mailing COS, Amended Schedule F, and 341 Notice to three (3) additional creditors | 2.87 | |

|  |  |  |
|---|---|---|
|  | Printing:  5 pgs x .10 = .50<br>Postage:  3 x .69 = 2.07<br>ECF Costs:  .30 |  |
| 08/06/2014 | E108 Postage Mailed client standard 341 Meeting Reminder Letter, Bankruptcy Information Sheet, & 341 Questions. | 0.69 |
| 11/24/2014 | E108 Postage.   Printing / Mailing COS NOH Amended Plan<br>Printing Costs: 656 X .10 = 65.60<br>ECF / PACER Fees:   1.30<br>Postage Costs: 82 at the 1oz rate   = 38.54 | 105.44 |
| 12/02/2014 | E108 Postage.   Printing / Mailing COS Amended NOH<br>Printing Costs: 81 X .10 = 8.10<br>Postage Costs: 81 at the 1oz rate   = 38.07 | 46.17 |
| 12/03/2014 | E108 Postage.   Re-sent Amended Chapter 13 Plan and Notice to Creditor Y2K Inc at new address. | 0.48 |
| 12/12/2014 | E108 Postage.   Re-sent Amended Notice of Continued Confirmation Hearing to Y2K Inc at new address. | 0.48 |
| 01/23/2015 | E108 Postage.   Mailed client Affidavit of Proposed Attorneys Fees. | 0.69 |
|  | **Total Expenses** | **$0.69** |
|  | **Total Expenses** | **$547.12** |
|  | **TOTAL NEW CHARGES** | **$7,166.62** |
|  | General Retainer applied | 1,885.00 |
|  | Net amount owing on this bill | **$5,281.62** |