UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re: )
 )  Case No. 14-01112-JDP
Samuel Roland Gray )
Tanya May Gray )  Chapter 13
_____ )

---

ORDER CONFIRMING CHAPTER 13 PLAN FILED 11/21/14
DOCKET NO. 35 AND GRANTING RELATED MOTIONS

---

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING THAT:

1. The Chapter13 Plan and Related Motions comply with the provisions of this chapter and with other applicable provisions of this title;

2. Any fees, charges or amounts required to be paid under the Chapter 13 Plan or 28 U.S.C. §§ 1911 et seq. have been paid;

3. The plan and related motions have been proposed in good faith and not by any means forbidden by law.

4. The value, as of the effective date of the plan and related motions, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under 11 USC Chapter 7 on such date;

5. With respect to each allowed secured claim provided for by the plan—

    a. the holder of such claim has accepted the plan; or

    b. the plan provides that the holder of such claim retain the lien securing such claim, and receive payment consistent with the terms of 11 U.S.C. § 1325(a)(5)(B)(i), (ii) and (iii), or

    c. the property securing such claim is surrendered to the holder of such claim.

6. The debtor will be able to make all payments under the plan, and to comply with the plan.

7. The debtor has paid all amounts as required under 11 U.S.C. § 1325(a)(8).

8. The debtor has filed all applicable Federal, State and local tax returns.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

The Chapter 13 Plan is confirmed and related motions are granted, incorporating the following modifications:

A. The applicable commitment period is 60 months.

B. Commencing in February 2015 plan payments will increase to $1925 per month for the remainder of the plan.

C. Wells Fargo Bank will be paid a secured claim of $1033.32 at 0% interest secured by the collateral purchased from Mor Furniture instead of a wholly unsecured claim. Said modification is funded by the increase in plan payments.

D. Debtors are in default through February 2015 in the amount of $3320 as a result of the increased plan payments. Commencing in March 2015, the debtors will pay an additional $64 per month until the default is cured.

E. Debtors will file an amended schedule I and J within 30 days if either of them have a change in income or expenses or if Mrs. Gray receives income from any source besides child support. Debtors will provide proof of the same to the Trustee's office.

F. Attorney fees and costs are $7166.62 with a balance due of $5281.62 but shall be allowed in the amount of $6885 with a balance due of $5000 to be paid pursuant to the terms of the plan. \\end of text\\.

Dated: March 13, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

/s/_____
Kathleen McCallister, Trustee

/s/_____
Sarah B. Bratton, Attorney for the Debtor

/s/_____
Samuel Roland Gray

/s/_____
Tanya May Gray